Scott C. Lacunza (State Bar No. 186892)
lacunzas@jacksonlewis.com
Rassa L. Ahmadi (State Bar No. 287576)
rassa.ahmadi@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380

Attorneys for Defendant
ACTION PROPERTY MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIONNE FRANKLIN,<br><br>　　　　Plaintiff<br><br>　vs.<br><br>ACTION PROPERTY MANAGEMENT, INC.; and DOES 1 to 10,<br><br>　　　　Defendants. | CASE NO.: 2:15-cv-9383-RGK(AJWx)<br><br>[Los Angeles County Superior Court Case No. SC124921]<br><br>**NOTICE OF FINAL SETTLEMENT PAYMENT**<br><br>Complaint Filed: October 27, 2015<br>FAC Filed: April 26, 2016 |

///

///

///

1 | TO THE HONORABLE COURT:

2 |     PLEASE TAKE NOTICE that the final settlement payment as set forth in the Confidential Settlement Agreement and General Release of All Claims was paid in full to Plaintiff DESIONNE FRANKLIN by Defendant ACTION PROPERTY MANAGEMENT on February 10, 2017.

Respectfully submitted,

Dated:  April 18, 2017                    JACKSON LEWIS P.C.

                                          By:  */s/ Rassa L. Ahmadi*
                                              Scott Lacunza
                                              Rassa L. Ahmadi

                                          Attorneys for Defendant
                                          ACTION PROPERTY MANAGEMENT, INC.

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CASE NAME:   DESIONNE FRANKLIN v. ACTION PROPERTY MANAGEMENT, INC., ET AL.

CASE NUMBER:   2:15-cv-9383-RGK(AJWx)

I am employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action; my business address is 200 Spectrum Center Drive, Suite 500, Irvine, CA 92618.

On April 18, 2017, I served following document(s) described as:

**NOTICE OF FINAL SETTLEMENT PAYMENT**

on the parties in this action listed below in the manner designated below:

| | |
|---|---|
| Geoffrey C. Lyon<br>Christopher L. Garcia<br>LYON LAW PC<br>10960 Wilshire Boulevard, Suite 820<br>Los Angeles, CA 90024-3702 | **Attorneys for Plaintiff**<br>**Desionne Franklin**<br><br>Tel:   (310) 818-7700<br>Fax:   (424) 832-7405<br>Email:       glyon@lyonlawyer.com<br>               cgarcia@lyonlawyer.com |

☒   **BY NOTICE OF ELECTRONIC FILING**. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

☒   **FEDERAL**   I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 18, 2017, at Irvine, California.

       */s/ Lezlee Cutter*
       Lezlee Cutter

4836-6150-0486, v. 1